**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**KER'LISA NEWTON**                                                                   **CIVIL ACTION**

**VERSUS**                                                                                      **NO. 19-610-BAJ-RLB**

**COMMISSIONER OF SOCIAL**
**SECURITY**

**NOTICE**

      Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

      In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein.  Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

      **ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

      Signed in Baton Rouge, Louisiana, on April 22, 2020.

                                                      **RICHARD L. BOURGEOIS, JR.**
                                                      **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KER'LISA NEWTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-610-BAJ-RLB** |
| **COMMISSIONER OF SOCIAL SECURITY** | |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATON

This Report and Recommendation is issued *sua sponte*. This matter is before the court on plaintiff's Complaint (R. Doc. 1) against Commissioner of Social Security, filed on September 13, 2019. A review of the record indicates that plaintiff filed a Motion to Proceed in forma pauperis (R. Doc. 2) on that same date. On September 18, 2019, the Court entered an Order (R. Doc. 4) granting the Motion to Proceed in forma pauperis and instructed the Clerk of Court to issue process to the defendants. Plaintiff was advised that a U.S. Marshal Form 285 must be completed for the U.S. Marshal Service to serve the summons. Plaintiff was provided a copy of the U.S. Marshal Form 285. (R. Doc. 4-1). On September 18, 2019, the Clerk of Court issued the appropriate summons. No action was taken by Plaintiff.

On February 7, 2020, the Court entered an Order to Show Cause (R. Doc. 6) instructing Plaintiff to show cause as to why claims should be dismissed under Local Rule 41(b)(1) for failure to prosecute. Plaintiff was advised that failure to do so may result in dismissal of the Complaint. No action was taken by Plaintiff.

As of the current date, Plaintiff has failed to complete the U.S. Marshal Form 285 or take any steps to prosecute this case. Plaintiff has also disregarded the Court's Order to Show Cause.

**RECOMMENDATION**

For the foregoing reasons, it is the recommendation of the Magistrate Judge that the plaintiff's claims against defendant Commissioner of Social Security be dismissed, without prejudice.

Signed in Baton Rouge, Louisiana, on April 22, 2020.

**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**