UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KER'LISA NEWTON**                                          CIVIL ACTION

**VERSUS**

**COMMISSIONER OF**                                          NO.: 19-610-BAJ-RLB
**SOCIAL SECURITY**

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 7)**, proposed pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation, issued *sua sponte*, addresses an Order to Show Cause (Doc. 6) issued by the Magistrate Judge. Before issuing the Order, the Magistrate Judge granted Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 2) and provided her with a U.S. Marshal Form 285 (Doc. 4–1) to serve summons. When Plaintiff failed to complete the form, the Magistrate Judge issued the Order (Doc. 6) instructing Plaintiff to show cause, in writing, why her claims should not be dismissed for failure to prosecute. As of this date, Plaintiff has not completed the U.S. Marshal Form 285 or taken any action to prosecute the case.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

1

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 7)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that this matter is hereby **DISMISSED WITHOUT PREJUDICE**. A final judgment shall issue in accordance with Federal Rule of Civil Procedure 58.

Baton Rouge, Louisiana, this 10th day of August, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**